IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MICHEAL CHEEK and<br>JOANN CHEEK<br><br>　　　　Plaintiffs,<br><br><br>ABNEY & FOUNTAIN PROPERTIES,<br>LLC, *et al*<br><br>　　　　Defendants. | Civil Action Number 4:25-cv-00047-WMR |

### DEFENDANTS ABNEY & FOUNTAIN PROPERTIES, LLC AND FRANKLIN RENE FOUNTAIN'S REPLY TO CHEEKS' RESPONSE TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Come now, Defendants Abney & Fountain Properties, LLC and Franklin Rene Fountain (collectively "Fountain Defendants") file this Reply to Plaintiffs Michael Cheek and JoAnn Cheek ("Plaintiffs" or Cheeks")'s Response ("Response") to Foutain Defendants' Motion to Dismiss Plaintiffs' Claims under Clean Water Act, 33 U.S.C. §§1251 *et seq.*, (CWA) for Failure to State A Claim Upon Which Relief Can Be Granted.

Plaintiffs' entire Response boils down to one simple argument --- the Cheeks alleged in the Complaint that defendants cleared the land for a solar farm without a permit and thus defendants violated the Clean Water Act, which met the standard for plausible allegations. *See* Response at p. 1.

1

However, this "allegation" is a conclusory legal statement that is in reality untrue and not supported by any evidence. There are no allegations of signs announcing a development, signed contracts, any other circumstantial evidence or any intended development. "Rule 8 does empower respondent to plead the bare elements of his cause of action, affix the label 'general allegation, and expect his complaint to survive a motion to dismiss.'" *Randall v. Scott*, 610 F.3d 701, 709 (11th Cir. 2010). While "well-pleaded factual allegations [are construed] as true," "conclusory allegations … will not prevent dismissal." *Silien v. Waste Mgmt. of Fla.*, No. 22-14091, 2024 U.S. App. LEXIS 4430, at *5 (11th Cir. Feb. 27, 2024). Plaintiffs' conclusory argument does not satisfy the plausible pleading requirement and does not prevent dismissal of the Clean Water Act claims.

Dated:   May 23, 2025.

>*/s/ Martin A. Shelton*
>Martin A. Shelton – GA Bar No. 640749
>Ke "Kim" Zhang- FA Bar No. 310835
>LEWIS BRISBOIS BISGAARD & SMITH LLP
>600 Peachtree Street NE, Suite 4700
>Atlanta, Georgia 30308
>404.476.2009
>Martin.shelton@lewisbrisbois.com
>Kim.Zhang@lewisbrisbois.com
>*Attorneys for Abney & Fountain Properties, LLC and Rene Fountain*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Book Antiqua 13 point.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Reply Brief with the Clerk of Court by using the CM/ECF system, which automatically sends e-mail notification of such filing to any attorneys of record.

Respectfully submitted  this 23rd day of May, 2025.

>   */s/ Martin Shelton*
>   Martin A. Shelton – GA Bar No. 640749
>   Ke "Kim" Zhang- FA Bar No. 310835
>   LEWIS BRISBOIS BISGAARD & SMITH LLP
>   600 Peachtree Street NE, Suite 4700
>   Atlanta, Georgia 30308
>   404.476.2009
>   Martin.shelton@lewisbrisbois.com
>   Kim.Zhang@lewisbrisbois.com
>
>   *Attorneys for Abney & Fountain Properties, LLC and Rene Fountain*